1  STEPHANIE YONEKURA
   Acting United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   BENJAMIN L. TOMPKINS (CA SBN Pending / D.C. Bar No. 474906)
4  Assistant United States Attorney
         Federal Building, Suite 7516
5        300 North Los Angeles Street
         Los Angeles, California 90012
6        Telephone: (213) 894-6165
         Facsimile: (213) 894-0115
7        E-mail: benjamin.tompkins@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LONDON FINANCE GROUP, LTD.,<br><br>Debtor and<br>Debtors-in-Possession. | Case No. 2:15-bk-10097-BR<br><br>Adv. No. 2:15-ap-01070-BR<br><br>Chapter 11 |
| London Finance Group, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br>THE UNITED STATES OF AMERICA<br>and SHERMAN MAZUR,<br><br>Defendants. | **JOINT STIPULATION TO CONTINUE UNITED STATES OF AMERICA'S RESPONSE DEADLINE AND APRIL 1, 2015 STATUS CONFERNCE ON THE ADVERSARY PROCEDING**<br><br>CURRENT HEARING:<br>DATE: April 1, 2015<br>TIME: 10:00 a.m.<br><br>PROPOSED HEARING:<br>DATE: May 6, 2015<br>TIME: 10:00 a.m.<br>PLACE: Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Courtroom 1668<br>Los Angeles, CA 90012 |

This Stipulation to Continue the United States of America's response deadline by thirty-days and the April 1, 2015 Status Conference is hereby entered into by and between Plaintiff

London Finance Group, Ltd., and Defendants the United States of America, by and through their respective counsel of record, and Sherman Mazur, and is made with reference to the following facts and circumstances (the Plaintiff and the Defendants may be referred to herein, collectively, as "Parties").

### RECITALS

A. On January 5, 2015, the Debtor / Plaintiff filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

B. On February 3, 2015, the Debtor filed an adversary proceeding for turnover under 11 U.S.C. § 542, Declaratory Relief and Wrongful Levy against the United States, the Internal Revenue Service and Sherman Mazur.[1] On February 5, 2015, the Debtor filed an amended complaint.

C. In accordance with Fed. Bankr. R. P. 7012(a) and 7015(a)(3) and Fed. R. Civ. P. 15(a)(3), the United States' response deadline to the amended complaint is due on or before March 24, 2015. Without waiving any defenses that the United States could assert, the parties stipulate that the United States should be provided until April 20, 2015 to file its response. The United States needs additional time due to undersigned counsel's scheduling constraints and the need for additional time by the Internal Revenue Service.

D. Because the parties have stipulated to additional time for the United States to respond to the Debtor's complaint, the parties respectfully request that the April 1, 2015 status conference be extended past the United States' response deadline until May 6, 2015 at 1:30 pm.

### STIPULATION

**NOW THEREFORE**, the Parties, by and through their counsel of record, stipulate and agree as follows:

1. The United States' deadline to file and serve its response to the amended adversary complaint is hereby extended from March 24, 2015 until April 20, 2015.

---

[1] The Internal Revenue Service is not a proper party and the United States should remain as the only defendant for the federal government.

2. The scheduled Status Conference on the adversary complaint shall be continued to May 6, 2015, at 10:00 a.m., or such other date and time that is convenient to the Court (the "Continued Hearing Date").

3. No further notice or hearing shall be necessary to effectuate the foregoing.

DATED: March 5, 2015            **WEINTRAUB & SELTH, APC**

By:_____
Daniel Weintraub
James R. Selth
Elaine Nguyen
Counsel to Plaintiff, Debtor and
Debtor-in-Possession

DATED: March 6, 2015            **STEPHANIE YONEKURA**
Acting United States Attorney
**SANDRA R. BROWN**
Assistant United States Attorney,
Chief, Tax Division


By: _____/s/_____
Benjamin L. Tompkins
Assistant United States Attorney
Attorneys for the United States of America


DATED: March 6, 2015            **WEISS & SPEES, LLP**


By: /s/ Michael H. Weiss
Michael H. Weiss
Counsel to Defendant Sherman Mazur

2.    The scheduled Status Conference on the adversary complaint shall be continued to May 6, 2015, at 10:00 a.m., or such other date and time that is convenient to the Court (the "Continued Hearing Date").

3.    No further notice or hearing shall be necessary to effectuate the foregoing.

DATED: March __, 2015

**WEINTRAUB & SELTH, APC**

By: _____
Daniel Weintraub
James R. Selth
Elaine Nguyen
Counsel to Plaintiff, Debtor and
Debtor-in-Possession

DATED: March __, 2015

**STEPHANIE YONEKURA**
Acting United States Attorney
**SANDRA R. BROWN**
Assistant United States Attorney,
Chief, Tax Division

By: _____
Benjamin L. Tompkins
Assistant United States Attorney
Attorneys for the United States of America

DATED: March __, 2015

By: _____
Sherman Mazur

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 N. Los Angeles Street, Room 7211, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*): JOINT STIPULATION TO CONTINUE UNITED STATES OF AMERICA'S RESPONSE DEADLINE AND APRIL 1, 2015 STATUS CONFERNCE ON THE ADVERSARY PROCEDING will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 6, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Elaine Nguyen    elaine@wsrlaw.net, erika@wsrlaw.net
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

   Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** March 6, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Internal Revenue Service
   PO BOX 7346
   Philadelphia, PA 19101-7317

   Sherman Mazur
   10787 Wilshire Blvd., #601
   Los Angeles, CA 90024

   Michael H. Weiss
   Weiss & Spees, LLP
   1925 Century Park East, Suite 650
   Los Angeles, CA 90067-2701

   Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 6, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1660 / Courtroom 1668, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2015 | Maria Luisa Q. Parcon | /s/ Maria Luisa Q. Parcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE